NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CARLOS E. REYES, M.D. and THOMAS      )
M. MCNEIL, M.D.,                       )
                                       )
    Appellants,                     )
                                       )
v.                                     )      Case No. 2D17-1771
                                       )
HEATHER K. LYONS,                      )
                                       )
    Appellee.                       )
_____)

Opinion filed February 28, 2018.

Appeal from the Circuit Court for
Pinellas County; Jack R. St. Arnold,
Judge.

Erik P. Bartenhagen and Dinah Stein of
Hicks, Porter, Ebenfeld & Stein, P.A.,
Miami; and Ronald H. Josepher of
Josepher & Batteese, P.A., Tampa, for
Appellants.

Kristin A. Norse and Stuart C. Markman
of Kynes, Markman & Felman, P.A.,
Tampa; and Armando T. Lauritano of
Morgan & Morgan, P.A., Tampa, for
Appellee.


PER CURIAM.


    Affirmed.

KELLY, KHOUZAM, and CRENSHAW, JJ., Concur.